**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NANCY FERGUSON,                                    No. C 03-5632 SI (JL)

        Plaintiff,

     v.                                                        CONTINUANCE OF FURTHER
                                                              SETTLEMENT CONFERENCE AND
ARCATA REDWOOD CO, ET AL.,                         ORDER

        Defendants.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    PLEASE TAKE NOTICE due to a change in the Judge's calendar, the further

settlement conference previously set for Wednesday, July 6, 2005 has been continued to

**Tuesday, August 9, 2005 at 10:00 a.m.,** in Judge Larson's chambers, located at the

Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102.

The parties shall notify Magistrate Judge Larson's chambers immediately if this case settles

prior to the date set for settlement conference.

DATED:   July 1, 2005

                                 /s/ James Larson
                            _____
                               JAMES LARSON
                          United States Magistrate Judge