WILLIAM D. WICK (State Bar No. 063462)
ANNA L. NGUYEN (State Bar No. 226829)
WACTOR & WICK LLP
180 Grand Avenue, Suite 950
Oakland CA 94612-3572
Telephone:   (510) 465-5750
Facsimile:   (510) 465-5697

Attorneys for Defendant and Cross-Defendant
QUEBECOR WORLD ARCATA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY FERGUSON, individually and as trustee of the FERGUSON FAMILY TRUST, and on behalf of her subrogee,<br><br>Plaintiff,<br><br>v.<br><br>ARCATA REDWOOD COMPANY, LLC, a Washington limited liability company, et al.,<br><br>Defendants.<br><br>AND RELATED CLAIMS | CASE NO. C 03-5632 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE** |

Plaintiff Nancy Ferguson and Defendants Leland Simonson and Quebecor World Arcata Corporation hereby stipulate as follows:

1. Trial in this matter is currently set for November 21, 2005.

2. Prior to the time November 21, 2005 was selected by the Court as the trial date, William Wick, counsel for Quebecor, purchased four non-refundable airline tickets to Paris for a family vacation, departing on November 18, 2005, and returning on November 26, 2005.

1  3. A continuance to a date after November 30 will enable Mr. Wick to use the
2  purchased airline tickets and take a vacation with his family as planned (as his children
3  are out of school for Thanksgiving week). Based on the schedules of other counsel, trial
4  could be set during the following periods: November 30 to December 5; January 3-
5  January 20, 2006; February 13-17, 2006; March 14-April 7, 2006; April 18, 2006 or later.
6  4. Cross-Complainant Arcata Redwood Company LLC will not stipulate to such
7  a continuance.
8  THEREFORE, Plaintiff Nancy Ferguson, Defendant Leland Simonson, and
9  Defendant Quebecor World Arcata Corporation ask the Court to adopt the accompanying
10 proposed Order.

Dated: _____

*[signature]*
Rebecca Weinstein-Hamilton
Caulfield, Davies & Donahue, LLP
Attorneys for Plaintiff
NANCY FERGUSON

Dated: _____

Jack V. Valinoti
Leland, Parachini, Steinberg, Matzger &
    Melnick, LLP
Attorneys for Defendant
LELAND SIMONSON

Dated: 8-12-05

*[signature]*
William D. Wick
Wactor & Wick LLP
Attorneys for Defendant and Counterclaimant
QUEBECOR WORLD ARCATA CORPORATION

3. A continuance to a date after November 30 will enable Mr. Wick to use the purchased airline tickets and take a vacation with his family as planned (as his children are out of school for Thanksgiving week). Based on the schedules of other counsel, trial could be set during the following periods: November 30 to December 5; January 3-January 20, 2006; February 13-17, 2006; March 14-April 7, 2006; April 18, 2006 or later.

4. Cross-Complainant Arcata Redwood Company LLC will not stipulate to such a continuance.

THEREFORE, Plaintiff Nancy Ferguson, Defendant Leland Simonson, and Defendant Quebecor World Arcata Corporation ask the Court to adopt the accompanying proposed Order.

Dated: _____

Rebecca Weinstein-Hamilton
Caulfield, Davies & Donahue, LLP
Attorneys for Plaintiff
NANCY FERGUSON

Dated: 8/12/05

Jack V. Valmoti  *Kenneth Wachtel*
Leland, Parachini, Steinberg, Matzger & Melnick, LLP
Attorneys for Defendant
LELAND SIMONSON

Dated: _____

William D. Wick
Wactor & Wick LLP
Attorneys for Defendant and Counterclaimant
QUEBECOR WORLD ARCATA CORPORATION

**[PROPOSED] ORDER**

1. Trial is continued to January 3, 2006.

2. Pre-trial conference will be set for December 20, 2005.

**SO ORDERED.**

_____
SUSAN ILLSTON, DISTRICT JUDGE

GRANTED
Judge Susan Illston