```
 1  WILLIAM D. WICK (State Bar No. 063462)
    ANNA L. NGUYEN (State Bar No. 226829)
 2  WACTOR & WICK LLP
    180 Grand Avenue, Suite 950
 3  Oakland CA 94612-3572
    Telephone:  (510) 465-5750
 4  Facsimile:  (510) 465-5697

 5  Attorneys for Defendant and Cross-Defendant
    QUEBECOR WORLD ARCATA CORPORATION
 6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY FERGUSON, individually and as trustee of the FERGUSON FAMILY TRUST, and on behalf of her subrogee, | CASE NO. C 03-5632 SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE FOR HEARING ON PLAINTIFF'S MOTION FOR SANCTIONS** |
| v. | |
| ARCATA REDWOOD COMPANY, LLC, a Washington limited liability company, et al., | |
| Defendants. | |
| AND RELATED CLAIMS | |

Plaintiff Nancy Ferguson and Defendant Quebecor World Arcata Corporation hereby stipulate as follows:

1. The court set a hearing for Plaintiff's Motion for Sanctions for December 2, 2005 at 11:00 a.m.

2. Counsel for Quebecor is required to participate in a mandatory Case Management Conference in another case in the San Jose Division of this court that same day..

3. Plaintiff has agreed to stipulate to a one-week continuance for the hearing, to December 9, 2005.

THEREFORE, Plaintiff Nancy Ferguson and Defendant Quebecor World Arcata Corporation ask the Court to adopt the accompanying proposed Order.

Dated: 10-14-05

Rebecca Weinstein-Hamilton
Caulfield, Davies & Donahue, LLP
Attorneys for Plaintiff
NANCY FERGUSON

Dated: 10.14.05

William D. Wick
Wactor & Wick LLP
Attorneys for Defendant and Counterclaimant
QUEBECOR WORLD ARCATA CORPORATION

### [PROPOSED] ORDER

The hearing on Plaintiff's Motion for Sanctions previously set for December 2, 2005 at 11:00 a.m. is hereby continued to December 9, 2005 at 11:00 a.m.

**SO ORDERED.**

SUSAN
UNITED

GRANTED
Judge Susan Illston

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR SANCTIONS – No. C 03-5632 SI

WACTOR & WICK LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612