**United States District Court**
For the Northern District of California

1
2      IN THE UNITED STATES DISTRICT COURT
3      FOR THE NORTHERN DISTRICT OF CALIFORNIA
4
5  NANCY FERGUSON,                          No. C 03-05632 SI
6           Plaintiff,                      **ORDER OF DISMISSAL UPON SETTLEMENT**
7      v.
8  ARCATA REDWOOD COMPANY,
9           Defendant.
                                    /
10
11          The parties to the action, by their counsel, have advised the court that they have agreed to a

12  settlement.

13          IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE.  However, that if

14  any party hereto certifies to this court, with proof of service of a copy thereon on opposing counsel, by January

15  13, 2006, that settlement has not in fact occurred, the foregoing order shall be vacated and this cause shall

16  forthwith be restored to the calendar for further proceedings.

17  Dated: 12/21/05

18                                          _____
19                                          SUSAN ILLSTON
                                            United States District Judge
20
21
22
23
24
25
26
27
28