IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERGUSON, | No. C 03-05632 SI |
| Plaintiff, | **ORDER EXTENDING CONDITIONAL DISMISSAL** |
| v. | |
| ARCATA REDWOOD COMPANY ET AL, | |
| Defendant. | |

The parties to the action, by their counsel, have advised the court that they have agreed to finalize the settlement.

IT IS HEREBY ORDERED that the original conditional dismissal remain in effect for an additional thirty days.

Dated: 1/13/06

SUSAN ILLSTON
United States District Judge