UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY FERGUSON, individually and as trustee of the FERGUSON FAMILY TRUST, and on behalf of her subrogee,<br><br>Plaintiff,<br><br>v.<br><br>ARCATA REDWOOD COMPANY, LLC, a Washington limited liability company, et al.,<br><br>Defendants.<br><br>AND RELATED CLAIMS | CASE NO. C 03-5632 SI<br><br>**[PROPOSED] ORDER APPROVING SETTLEMENT AND DETERMINING GOOD FAITH SETTLEMENT** |

The Court has considered the *Mutual Settlement Agreement, Release, and Covenant Not to Sue by and between Plaintiff Nancy Ferguson and Defendant Quebecor World Arcata Corporation,* and the *Settlement Agreement and Mutual Release of Claims by and between Cross-Claim and Arcata Redwood Company, LLC and Defendant Quebecor World Arcata Corporation,* and the motion to approve the settlements filed by Defendant, to which no opposition has been filed. Upon consideration of the Settlement

Agreements, Defendant's motion, and the facts presented in connection with trial, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, as follows:

1. The motion to approve the settlements is GRANTED;

2. The Court concludes that the settlements are fair, both procedurally and substantively, reasonable, consistent with CERCLA's purposes, and is made in good faith for purposes of the relevant federal and state statutes, including but not limited to 42 U.S.C. § 9613 and C.C.P. §§ 877 and 877.6;

3. The settlements are in the public interest in that they resolve the remaining portions of this action without further litigation;

4. Pursuant to federal and state law Quebecor World Arcata Corporation is entitled to protection from claims for contribution and/or indemnity arising out of or relating to matters addressed in the Settlement Agreements, however such claims may be styled;

5. Any further claims, cross-claims, or third party claims against Quebecor World Arcata Corporation by third parties regarding matters addressed in these settlement agreements are barred. United States v. Western Processing Company, 756 F.Supp. 1424 (W.D. Wash. 1990);

6. Pursuant to UCFA § 6 and Code of Civil Procedure §877.6, any and all claims for contribution and/or indemnity against Quebecor World Arcata Corporation, arising out of the matters asserted in this action or addressed in the settlement agreements, regardless of when asserted or by whom, are barred;

7. All pending claims of Nancy Ferguson against Quebecor World Arcata Corporation and claims of Arcata Redwood Company, LLC against Quebecor World Arcata Corporation shall be dismissed with prejudice pursuant to the terms of the Agreement;

8. The provisions of the Uniform Comparative Fault Act ("UCFA") shall apply as to the effect of this settlement. United States v. Western Processing Company, 756 F.Supp. 1424; and

9. The Court shall retain jurisdiction over the Settling Parties and jurisdiction over the subject matter of this Action for purposes of enforcing the Settlement Agreements.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE