| | |
|---|---|
| 1 | MICHAEL J. STEEL #107492 |
|   | BLAINE I. GREEN #193028 |
| 2 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | 50 Fremont Street |
| 3 | Post Office Box 7880 |
|   | San Francisco, CA 94120-7880 |
| 4 | Telephone: (415) 983-1000 |
|   | Facsimile: (415) 983-1200 |
| 5 | |
|   | Attorneys for Cross-claimant |
| 6 | ARCATA REDWOOD COMPANY, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NANCY FERGUSON, individually and as trustee of the FERGUSON FAMILY TRUST, and on behalf of her subrogee, | ) ) ) ) | Case No. C 03-5632 SI |
| Plaintiff, | ) ) | STIPULATION OF DISMISSAL OF CROSS-CLAIMS BY ARCATA REDWOOD COMPANY, LLC AGAINST QUEBECOR WORLD ARCATA CORPORATION |
| vs. | ) | |
| ARCATA REDWOOD COMPANY, LLC, a Washington limited liability company, et al.; | ) ) ) | |
| Defendants. | ) ) | |
| QUEBECOR WORLD ARCATA CORP., | ) ) | |
| Counter-Complainant, | ) ) | |
| vs. | ) ) | |
| NANCY FERGUSON, individually and as trustee of the FERGUSON FAMILY TRUST, and on behalf of her subrogees, | ) ) ) ) | |
| Counter-Defendant. | ) ) | |

700395946v1

STIPULATION OF DISMISSAL OF CROSS-CLAIMS
AGAINST QUEBECOR WORLD ARCATA CORP..
Case No. C 03-5632 SI

| | |
|---|---|
| ARCATA REDWOOD COMPANY, LLC, a Washington limited liability company, | ) ) ) ) |
| Cross-Claimant, | ) ) |
| vs. | ) ) ) |
| QUEBECOR WORLD ARCATA CORP., a Canadian corporation, | ) ) ) ) |
| Cross-Defendant. | ) ) ) |

1  The parties hereto, by and through their counsel of record, hereby stipulate to the
2  dismissal, with prejudice, of the cross-claims by Arcata Redwood Company, LLC against
3  Quebecor World Arcata Corporation.

Dated: March 20, 2006.

MICHAEL J. STEEL
BLAINE I. GREEN
PILLSBURY WINTHROP SHAW PITTMAN LLP


By _____/s/ Blaine I. Green_____
            Blaine I. Green
     Attorneys for Cross-claimant
     Arcata Redwood Company, LLC

Dated: March 20, 2006.

WACTOR & WICK LLP


By _____/s/ William D. Wick_____
            William D. Wick
     Attorneys for Defendant and Cross-
     Defendant Quebecor World Arcata
     Corporation

Dated: March 20, 2006.    CAULFIELD DAVIES & DONAHUE, LLP

By_____/s/ Rebecca Weinstein-Hamilton__
         Rebecca Weinstein-Hamilton
     Attorneys for Plaintiff, NANCY
     FERGUSON, individually and as trustee of
     the FERGUSON FAMILY TRUST

**IT IS SO ORDERED**

/s/ Susan Illston
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA